IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ellis, Tunya E | Case Number: 06 B 12189 |
|---|---|---|
| | Drink, Devin D | Judge: Hollis, Pamela S |
| | Printed: 11/27/07 | Filed: 9/26/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2007
Confirmed: November 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 23,955.00 | |
| Secured: | | 22,744.68 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,210.32 |
| Other Funds: | | 0.00 |
| Totals: | 23,955.00 | 23,955.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 18,767.76 | 14,626.17 |
| 3. | HSBC Mortgage Corp | Secured | 7,355.76 | 5,732.52 |
| 4. | Cook County Treasurer | Secured | 4,399.22 | 0.00 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 21,076.71 | 2,385.99 |
| 6. | CitiFinancial Auto Credit Inc | Secured | 500.00 | 0.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 14,330.09 | 0.00 |
| 8. | HSBC Mortgage Corp | Secured | 643.63 | 0.00 |
| 9. | Action Card | Unsecured | 223.62 | 0.00 |
| 10. | Fingerhut | Unsecured | 140.10 | 0.00 |
| 11. | Triad Financial Services | Unsecured | 513.04 | 0.00 |
| 12. | Superior Air Ground | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 67,949.93 | $ 22,744.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 666.07 |
| 5.4% | 544.25 |
| | _____ |
| | $ 1,210.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ellis, Tunya E<br>Drink, Devin D<br>Printed: 11/27/07 | Case Number: 06 B 12189<br>Judge: Hollis, Pamela S<br>Filed: 9/26/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)